JUDGE: BURGESS

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ROBERT CARL PATTERSON, ) <br> ) <br> Defendant. ) <br> ) | NO. CR04-5168FDB <br><br> ORDER AUTHORIZING EXPERT ACCESS TO THE FEDERAL DETENTION CENTER |

Comes now, RONALD D. NESS, attorney for the defendant, ROBERT CARL PATTERSON, and hereby requests that Polygraph Examination Expert, Pat Seaberg, be allowed to perform a polygraph examination on the defendant at the Federal Detention Center, on June 30, 2005 at 8:30 a.m, and now, therefore;

IT IS HEREBY ORDERED that Pat Seaberg, Polygraph Examination Expert, is hereby authorized access to the Federal Detention Center to perform a polygraph examination on the defendant, who is currently being held at the Federal Detention Center in Sea Tac, Washington, on Thursday, June 30, 2005 at 8:30 a.m.

DONE IN OPEN COURT this 28th day of June, 2005.

/s/ Franklin D Burgess
FRANKLIN D BURGESS
United States District Judge

Presented by:

RONALD D. NESS, WSBA #5299
Attorney for Defendant